Honorable Thomas S. Zilly

FILED ENTERED
LODGED RECEIVED

JUL 09 2003

AT SEATTLE
CLERK U.S. DIST
WESTERN DISTRICT
BY

02-CV-02163-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERRI SEYFRIED,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, UNIVERSITY OF WASHINGTON, UNIVERSITY OF WASHINGTON SCHOOL OF SOCIAL WORK,<br><br>    Defendants. | No. CV02-2163Z<br><br>STIPULATION AND ORDER OF DISMISSAL |

COME NOW the parties to this litigation, by and through their undersigned attorneys, and hereby stipulate that because this Court has no jurisdiction in this matter all claims in this action against all Defendants should be dismissed with prejudice with all parties to bear their own costs and attorneys' fees. Further, all Defendants stipulate and agree that they will not attempt to dismiss any Washington State Court action or claim involving the subject matter of this action on the grounds of res judicata, collateral estoppel or issue preclusion based on this stipulated dismissal.

STIPULATION AND ORDER
OF DISMISSAL - 1
CV02-2163Z

ORIGINAL

Harrell, Connell, Hunter, Pauley
& Gautschi, PLLC
1325 Fourth Avenue, Suite 600
Seattle, WA 98101
(206) 583-0050
Fax (206) 583-0051

SO STIPULATED:

_____          _____
Timothy J. Pauley, WSBA #18583        Anne F. Preston, WSBA #19033
Attorney for Plaintiff                Attorney for Defendants

## ORDER

THIS MATTER having come before the Court pursuant to the stipulation of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that, because this Court has no jurisdiction in this matter, all claims against Defendants in this litigation are herby dismissed with prejudice but without costs or attorneys fees awarded to any party.

DATED: July 9, 2003

_____
U.S. DISTRICT JUDGE THOMAS S. ZILLY

PRESENTED BY:

Harrell, Connell, Hunter, Pauley
& Gautschi, P.L.L.C.

_____
Timothy J. Pauley, WSBA #18583
Attorney for Plaintiff

APPROVED FOR ENTRY:

GARVEY SCHUBERT BARER

_____
Anne F. Preston, WSBA #19033
Attorney for Defendants

STIPULATION AND ORDER
OF DISMISSAL - 2
CV02-2163Z

Harrell, Connell, Hunter, Pauley
& Gautschi, PLLC
1325 Fourth Avenue, Suite 600
Seattle, WA 98101
(206) 583-0050
Fax (206) 583-0051